Roger K. Litman, #57634
Law Offices of Roger K. Litman
7726 N. First Street #352
Fresno, California 93720
Telephone: 559.237.6000
Email: r.litmanlaw121873@gmail.com

Attorney for Defendant, DELBERT TROY SMITH

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>PHARY DAVID CHIM,<br><br><br>Defendant. | CASE NO: 1:13-CR-00136-011 AWI<br><br><br>STIPULATION AND ORDER FOR EARLY TERMINATION OF SUPERVISED RELEASE |

    The parties hereto, by and through their respective attorneys, with the support of Mr. Chim's supervising probation officer in the State of Washington, stipulate that the term of supervised release, which commenced on or about March 5, 2016, be terminated at this time based on Mr. Chim's full compliance with the terms of his release, his stable residence and his continuous employment since his release from custody.

    The probation officer's support for the agreed to early termination, and the reasons therefore, were conveyed to defense counsel via email on October 8, 2017.

1

| | |
|---|---|
| Dated: October 12, 2017 | /s/Roger K. Litman<br>Attorney for Defendant<br>Phary David Chim |
| Dated: October 16, 2017 | Phillip A. Talbert<br>United States Attorney<br>By: /s/ Grant Rabenn<br>Approved by email October 16, 2017 |

### ORDER

The court having reviewed and considered the stipulation of the parties and GOOD CAUSE appearing, the term of supervised release imposed when the defendant was sentenced, is terminated upon the filing of this stipulation and order.

IT IS SO ORDERED.

Dated: October 16, 2017

_____
SENIOR DISTRICT JUDGE